UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___Yvonne Frost___
Write the full name of each plaintiff.

___CV___
(Include case number if one has been assigned)

-against-

Adult Protective Service
Trinidad Government
US Government
Bronx Supreme Court
CVR Associates
NYC MTA Social Club
The White House
J. Biden
US Congress
NYCT

N.Y.P.D.
Trinidad Consulate
US Trinidad Embassy
US Supreme Court
Court of Appeal
US SD Court
City of NY (NYS)
Donald Trump
A. Cuomo
US Senate
NYC MTA

**COMPLAINT**

Do you want a jury trial?
☐ Yes ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

1) Abuse Of Power
2) Retaliation
3) Persecution
4) Policing and Discrimination

B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Yvonne** / **** / **Frost**
First Name / Middle Initial / Last Name

**40 Ann Street**
Street Address

**New York** / **NY** / **10038**
County, City / State / Zip Code

**None** / **Yvonne.Frost1@aol.com**
Telephone Number / Email Address (if available)

Defendant 1  CUR ASSOCIATES INC
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 2  DONALD TRUMP
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 3  N Y P D
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
NEW YORK          NY          10007
County, City          State          Zip Code

Defendants 5: NYC MTA
Defendant 6: NYCT
Defendant 7: CITY OF NY (CMA)
Defendant 8: NYC Anti Social Club
Defendant 9: US Senate
Defendant 10: US Congress
Defendant 11: US Supreme Court
Defendant 12: US SD Court
Defendant 13: Bronx Supreme Court
Defendant 14: US Court of Appeal
Defendant 15: A. Cuomo
Defendant 16: J. Bedzio
Defendant 17: US Government
Defendant 18: Trinidad Government
Defendant 19: US Trinidad Embassy
Defendant 20: Trinidad US Consulate
Defendant 21: Adult Protective Service

Defendant 4: **THE WHITE HOUSE**
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: NEW YORK CITY AND BROOKLYN

Date(s) of occurrence: 02/15/21 – 03/09/21

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Twice in a short space of time plotters and a family member on Joel babies' mother side tried to physically kill him. The lights on my side went out the same two times his did. This morning for a split second I experience the split darkness.

Following the pattern of the money trail is simple. I donated approximately twenty (20) million to my brother Joel to hold for Dulane (my son) and the three orphans: Tahir, Dimitri and Alega. Evil doers said "move with the money".

My brother Joel was already a millionaire. My brother was intentionally turned into a stinking monster by the defendants. It was done to purposely hurt me and steal from him. Use

the right one" a defendant said.

A "marker" was brought in to take control of his life and watch after his child when she visits him. She or the old care-giver was living off him - sucking his blood. Bums they are.

Other bullies were assign to him or to come over. Jesus said "A man dwelling in a hole." I saw people from government agencies playing was swiping in and swiping out to extract money later.

Two houses were bought. Do not go out yet -

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Decrease in vision, memory, hearing. Decline health and hygiene. Blurry eyes, temple pain, neck pain, chest pain. Blocked paths to housing + food. Oppression. Stalked, monitored. Traumatized. Overwhelm. Exposure to the elements. Swollen ankles. Rewarn dirty clothes. harrassed. mental stress. uncomfortability.

IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to bring in the Biden Team, Cole A, F.B.I and L. James to investigate.

I would like to ask the court to order the defendants restore all what was swindled and to compensate me for creating hardships, stressors, and

Catch a Cab by me
and also by Joel
"The elements"

FACT (2)

Who is Albert?

you will get shot." I heard one defendant say to some one.

Dwane had to be present for the swiping to initiate.
They said "It was a smart move with a smart phone."

Evil-doers left back a little bit for him so I heard them say. They are trying to convert him to their lifestyle of cult and voodoo. He is giving problems. I heard they said "he don't want to go to school."

They baptize him but he said "no to marriage."

My brother said "They cannot transform or teach him Jack."

In a comotoze stage the old care-giver coaxed him to give my court files to her. I left two trolleys of files at his apartment.

Comotozedly he gave them to her. She was told to "pack up and leave now."

I heard she said "this is my house now."

Previously I heard she told someone "She read all."

A defendant said to her "I love your multi-color shoe."

All my early court files are placed in rainbow color files casings.

Here is the kicker. He was told "no one would sell him a house in that condition."

An evil-doer said "move in with me" - "I feel sorry for you."

Of course sex is involve - must be in that package.

I heard some one said "I can do a lot with all that money."

I have given Dwane about 12 million. Approximately 8 million was donated to the orphans. Where is this money now I gave to Joel?

# FACT (3)

Joel Isaac
305 Linden Blvd
Bklyn NY 11226

Did the recipients get any money at all?
What did the recipients do with it - if received?
 Others came in - the door was held open.
Smart phones or not these hooligans make me sick.
"A man I don't know hand me this" I heard the
old care-giver said showing my files.
Another defendant/evil doer said "trains switched".
 Jail, jail, jail. Jail them all. How there these
dark sisters try to physically kill my brother for his
loot and mines. His baby mother gets nothing. I have
been saying so a long, long, time now. Her family members
get nothing (here or in Haiti).
 Which stripper wants him to come for free and
live with her. You think you slick. You want
free connection and free swipe ins there after.
Give my brother Joel his money back - all.
No free connections or swipe ins for none of you.
 The defendants re-wired his elevation completely.
I see him being strapped down to stabilize him.
The outburst given to him is outrageous. His baby
mama is in cohorts with the defendants and
have contributed greatly to his downfall.
 The defendants need to put back what
they took out of him and left him
shivering to death. Jesus stayed with him.
I saw it. Jesus told him "It was safe to
wake up now." The dark side surgeons are evil.
Manipulators stay away from my brother. Will my
brother's money to me - all as of 03/09/21. His
baby mama means him no good. I have said so -
written it a long, long, long time ago.
Put my files back - all of them.
PS "Looking at it will make you shake" they say -
"The element."

FACT (3½)

My brother was a normal functioning person until God started blessing him with stock market insights.
The defendants stepped in — big, big, problems.

FACT (4)

The inflictions and very, very cold-heartedness let out in the early morning hours last Friday on my son and myself can only be described as evil and inhumane. The inflictions were done by the N.Y.P.D and a couple helpers.

I would call it mental torture. Duane can tell the Biden team about physical torture or/and if there was physical torture. I confronted Duane a couple of times and said to him "Tell N.Y.P.D no money for them".

Last Friday night was bitter cold. N.Y.P.D had him running around like a black little immigrant monkey stealing my money as he passed by. That's the mission he was sent on. I saw him and another man go into two different banks Apple and TD Banks.

The young man over at TD Banks stood a much longer time than the one at Apple Bank. It ache me to see both men being so badly abused and used by someone I would described as a monster(s). Twice I came out in the middle of the street shouting out the wrong doing N.Y.P.D was doing as the cars approached and stopped at the traffic lights.

Does N.Y.P.D call super blinding projection lights mounted on a few of their cars "CRACK THE GLASS". I believe the lights projection directed on me as I sat inside my nook crack or damaged the cells in my eyes. I believe NYPD thought the light projection was a nice way to have fun. N.Y.P.D blasted those lights at my eyes twice.

I heard my son said something about "that is what you force me to do".

I don't know if it was to assist with the "sick"

light projection penetration. The blasting was intentional and was done to make me blind quicker. That is just so stone cold.

I felt my feet slightly dragging and the chair I sat on moved a bit. My bottom started slipping off the chair as I grabbed the sides for support. I know the full projection and slamming on the cold concrete was only stopped because the monsters detected I was awake not asleep.

I had enough. I had to get out the "liquor store nook". It was brutal because of the cold and windy condition at about 3:30 am. I had to move again from the second nook on 72nd Street because apart from NYPD on my heal I noticed my life could have been in danger.

I saw a scenario that appeared to me an unlicensed gun could have entered the picture. A man driving a car dropped something into a roadside paper-holder receptacle then pulled up alongside N.Y.P.D conversing.

I had to let someone else besides NYPD know what was happening. I called 911 but and told them "don't call NYPD they are the ones". Within seven minutes NYPD showed up by the Trader Joe location I stood at. I used the public charging device there and made the 911 call.

I started to move on the street motioning and shouting to them "move/stay away - I don't want your help". I thought about the unlicensed gun. I did not trust them. Car #4454 and the two occupants stood using their phones, connecting to me to financially deplete me there.

Oh, so cold - very, very cold. I mentioned the

phone bodily connection to them. One said to me "Stop from harrassing them".

I personally believe this officer has mental issues. I had said to him "set my son free and you cannot shoot me in my back" as I was walking away from the second 72nd Street nook.

I had loudly shouted out towards the direction of the car "I am in love with Jesus - I would never leave Him and I love Him more now than I did before."

I believe someone said "does it look like Jesus still live there". They were looking at my physical condition.

Is a fight between light and darkness. Many people in darkness know me and is/are doing evil things for me to forget Jesus. What a night of terror. Where are the real protectors? Sending my son to steal from me and attaching the inconsiderate/cold act to the bank. - more cold.

About 2:45am a man passed with two bags - very heavy and loaded. It appeared to be money. I had come out from my nook and told him "tell N.Y.P.D to put back my money". I was getting a headache from the gadgets/devices being used.

I had only started to feel a little better after getting mental and physical blows from the defendants about twelve (12) hours before. At both sides of my ear lobes they pained. My eyes weak and sleepy. I noticed my eyes have become very droopy. I don't know what damage the defendants did to them lately - I know it is bad. I never smoke in my life. Jesus is my fire.

I am still so badly traumatizal and shock

by it all and don't know if I'll get over it. Only time can/would tell. The wheel on my push-cart gave away which made it even more difficult to push. My two pelvic area is still weak too.

Coupled the two and got an excruciating disaster. No support under dead weight. Shortness of breath more problems. I had to stop to catch my breath when pushing my three wheel cart. Pierced soles of feet with swollen ankles. That is the icing on the cake. What a night of terror.

N.Y.P.D cannot begin to financially compensate me or my son. NYPD may have to borrow from Federal Reserve. I am holding NYPD accountable unconscionable and inhumane crimes.

I don't believe these officers #4434, #4454, #4455 and #3028 are one hundred percent human. It appears to me an additional unseen force is operating through and inside them. I saw the unseen force that night as I looked "A" straight in the eye. Discerners knows "it" when faced with "it."

I know it is not by accident NYPD keeps popping up where ever I am. I don't know if there is now a special/specific reason for doing so. What I do know most times they act different and all the times showed up so far NYPD took my money. Is it help or revenge? I know it is more than policing. I feel rage and hate coming from and out of NYPD. Just about everyone is envious and talking about the "rock."

Someone said "lend me your house."

About 4:35pm (Sunday) a group showed up on Sterling platform. I heard them and saw them

swiping in. That comes under the headline of taking advantage of other people in the company. Who said my money belongs to you all? Fire them - fire all of them. They left at 4:55 pm.

FACT (9)

Moving on. Some one invested in me without my knowledge. They did the same to Mr. Frost. Without getting into details. They have created an "attractive" package plus the investment. The catch - they are selling it back to me. I believe they ran the same pitch by Mr. Frost.

The investment they used is my money. The package - my money too. The water is coming from my pool. For over some time they have been coming to Amazon/me for all their fullfillments for themselves and the package.

If first asked I would never take that package. I am not open to that form of conception and view it it as messing with God's original way of creation.

There is no foundation here only bullies, manipulation and money changry demons. Push innocent victims against a wall and shove bitter pills down their throats. Devily eye other peoples money and secretly wishing it was in their pockets.

Sorry you wasted precious time on manipulative stuff. I not biting - I am not interested at all. You have taken the contents and intentionally mixed it up to create a confusion callaloo. You are evil, wicked and vindictive.

Anything I say subconsciously I count it null and void. That appear to be a "part" of the issue here or could it be the defendants putting words in my mouth. I am clueless - yes clueless. There is no foundation. No money for manipulators, no money for subtle bullies and no money for dream projectors.

FACT (10)

7

I am holding the defendants accountable of cold-hearted and unconscionable acts. Conducting business with a neurologically damaged person subconsciously — no other form of communication. It appeared to me this defendant was paid by another to create and cause mayhem and madness.

All my desire is - is to get into my house and sell me back my stuff. The defendants have houses for me. A young man showed up on the Borough Hall platform showing me his new house key. He appeared to be confused based on his actions. He squeezed my bottom twice at two different times unexpectedly.

He had two phones stealing from me financially. I tried to recover part of the money. I don't want to go to his apartment or the "packaged" apartment but my luxurious house. I would not accept a counterfeit or substitute. The defendants need to accept responsibilities and deliver. The defendants need to stop blocking the door. The defendants need to stop recreating the same problems slightly different.

I am holding the defendant accountable of time wasting. Time wasting have destroyed my family and caused us not to have a life. Time wasting has caused me to die a long time ago. I know it is only Jesus who have revived me and is keeping me alive. Time wasting is causing others to suffer who are in desperate need of spiritual and physical healing and help. The defendants know the profile and resume of one defendant is problematic but I continue to suffer at their hands.

PS I would be forwarding all bills to the defendants.

# FACT (11)

As I got inside car # 6534 a train conductor told me go to the next car. There were about 10 other riders inside that car a couple hours ago.

I said to him "if there was a reason for saying that to me".

I told him "that was different treatment and he should not have told me that".

I told him I am getting off completely and taking the next train.

The next train came at 2:04pm (today) Sterling platform.

I believe he reacted that way because of this order I am about to submit 3/9/21.

Early this morning 12:30am I was pushed out a TD Bank nook at the corner of Fulton and Spring (not quite sure) of Spring. NYPD passed by at the time the inside guard told me to leave. A man passed by at that time also. He broke away from a group of night workers on Maiden Street. All of them stole.

I can't breathe. I just want to go to my house not look for a new north at 1:00am in the cold. It was spitefully done.

RELIEF (2)

pain and suffering.

I would like to ask the court/team to hand over all keys to my Archbishop and new compensations.

I would like to ask the team and court to prosecute wrongful action - fire and withhold salaries.

I would like to ask the court and team to compensate all my family members who have suffered at the hands of the defendants. A couple of them have suffered much more painfully than the others.

OTHER RELIEFS:-

I would like to ask the court/team to investigate Mr. Isaac issues/case and immediately arrest and jail evil-doers. Compensate my brother for a total transformation of his life and lifestyle, shock, behavior alteration, projection pain and suffering.

Warn evil doers all plus manipulators to stay away from him and his apartment. Restore all what was taken out of him.

Please get Joel personal part time help to check in on him, bring all his (3) meals daily. Bill me. Thanks.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 03/08/21
Plaintiff's Signature: Yvonne Frost

First Name: Yvonne
Middle Initial:
Last Name: Frost

Street Address: 40 Ann Street
County, City: New York
State: NY
Zip Code: 10038
Telephone Number: None
Email Address: yvonne.frost1@aol.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

RECEIVED
SDNY PRO SE OFFICE

RECEIVED
SDNY PRO SE OFFICE

SDNY 4C

RECEIVED
MAR 12 2021
CLERK'S OFFICE
S.D.N.Y.

Yvonne Trost
418 Ann Street
New York NY 10038

EMERGENCY

Pro Se JR

United States SD Court
Court of Appeal
40 Centre Street
New York NY 10007